In the Matter of JESSIE BRINN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.

Submitted February 24, 1953; decided March 6, 1953.

*Mercedes Hoffmann* for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Abe Wagman* and *Irving L. Rollins* of counsel), opposed.

Motion denied upon the ground that an appeal lies as of right.